Magistrate Judge Theresa L. Fricke

_____ FILED _____ LODGED
_____ RECEIVED

Apr 23 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN B. THISSEL, JR,<br><br>Defendant. | CASE NO. 3:24-mj-05121<br><br>COMPLAINT for VIOLATION<br><br>Title 18 U.S.C. Sections 922(g)(1) |

BEFORE Theresa L. Fricke, United States Magistrate Judge, U. S. Courthouse, at Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about April 19, 2024, in Long Beach, Pacific County, within the Western District of Washington, Kevin B. Thissel, Jr. knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Assault in the Second Degree* (three counts) and *Unlawful Possession of a Firearm in the First Degree*, in King County Superior Court for the State of Washington (Juvenile Division), under case number 14-8-00215-9, on or about May 8, 2014;

Complaint - 1
*United States v. Thissel*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 19 - 9mm, serial number BHDK625, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, HEIDI HAWKINS, a Special Agent with the Federal Bureau of Investigation, Everett, Washington, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since October 2019. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, U.S.C., in that I am empowered by law to conduct investigations and make arrests for federal felony offenses. I am currently assigned to the Seattle Field Division, Everett Resident Agency, and am a member of the Northwestern Washington Safe Trails Task Force. My duties include, but are not limited to, investigating violations of federal law, including Title 18, Unites States Code (U.S.C.), 922. I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2. The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement personnel; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the purpose of establishing probable cause for this Complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## II. PURPOSE OF AFFIDAVIT

3. This Affidavit is made in support of a Complaint against KEVIN THISSEL for one count of Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

## III. SUMMARY OF PROBABLE CAUSE

4. On April 19, 2024, members of the United States Marshals Service Pacific Northwest Violent Offender Task Force (PNVOTF) were conducting a fugitive investigation for Kevin B. Thissel (hereinafter, Thissel), pursuant to an arrest warrant out of Pierce County Superior Court for Assault in the First Degree and Unlawful Possession of a Firearm in the First Degree (Case No. 24-1-00696-8), for a shooting Thissel allegedly committed in Tacoma on February 17, 2024.

PNVOTF members tracked Thissel to the Adrift Motel in Long Beach, Pacific County, Washington. A detective with the Pacific County Sheriff's Office's Drug Task Force, contacted Adrift Hotel management. He learned that Thissel was registered to room 311 and was accompanied by a female, identified by hotel (later positively identified by law enforcement) as Maria Arellano Ceja (hereinafter, Arellano Ceja). Adrift Hotel provided the following additional information: Arellano Ceja arrived at the hotel on April 18, 2024, around 2145 hours. Thissel arrived at the hotel on April 18, 2024, around 2300 hours and checked in at the front desk. Adrift Hotel provided surveillance images of Arellano Ceja walking on hotel property. Adrift Hotel also provided surveillance images of Thissel when he checked in.

PNVOTF officers (hereafter, "Task Force Officers" or simply "officers") reviewed the surveillance images of Thissel when he arrived to check in on April 18, 2024, at about 2300 hours. They positively identified Thissel as the individual in the images. Officers noted that he was carrying several light colored or white colored shopping bags, a dark colored duffel bag, and was wearing a dark colored backpack. Using an office issued cell phone, officers took several photos of surveillance images of Thissel while he was checking in to the Adrift Hotel.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On April 19, 2024, at approximately 1230 hours, Thissel and Arellano Ceja were observed exiting their hotel room and walking toward the Maserati. Arellano Ceja entered the front passenger seat which Thissel entered the driver's seat. Officers moved their vehicles toward the Maserati to contact Thissel. An officer approached from the west and observed Thissel running toward his unmarked patrol vehicle. The officer exited his patrol vehicle and began to chase Thissel on foot. The officer gave Thissel several commands to stop, but he refused. The officer began to close the distance on Thissel but did not make contact with him because he was armed with his patrol rifle. The officer paced Thissel as he continued to run. Another officer caught up with the foot pursuit and escorted Thissel to the ground where he was taken into custody without further incident.

Task Force officers entered the motel room with Arellano. Arellano Ceja identified several items that were hers. She asked for a pink jacket that appeared to be on top of a chair. An officer retrieved the pink jacket off the chair exposing a dark colored backpack underneath it. The officer reported that the main compartment of the backpack was left open. He further stated that he saw what he recognized as a black handgun in the backpack. The officers directed Arellano Ceja out of the room and followed her out. The room was then secured. A security presence was maintained by officers outside of the room to ensure that no one else could enter. Officers later contacted hotel management and had all access keys to the room deactivated to further ensure that the room remained secured and undisturbed.

Task Force officers contacted Tacoma Police Department (TPD) Detective (Det.) McNeely (who is investigating Thissel's underlying Pierce County Assault 1 case) and informed him of the gun. Det. McNeely authored and was granted a search warrant for room 311. On April 19, 2024, at 1444 hours, Det. McNeely emailed the Task Force officers a copy of the signed search warrant and return of service. Officers confirmed the search warrant authorized a search of room 311 located at the Adrift Hotel, 409 Sid Snyder Dr, Long Beach, WA. Adrift Hotel management provided a key card to the room. At about 1500 hours on April 19, 2024, Task Force officers executed the search warrant on room 311. During the search, officers observed the dark backpack sitting on a chair in

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the corner of the room. Near the chair were several light-colored shopping bags appeared to be the same as the ones Thissel was carrying when he checked in. Officers looked inside of the backpack and saw a black handgun with an attachment mounted to the rail. Officers immediately recognized the handgun as a compact Glock. An officer removed the Glock from the backpack and cleared it and reported that there was a round in the chamber of the Glock and the magazine was loaded with 8-9 rounds. Officers took several photos of the Glock which was confirmed to be a Glock 19 9mm handgun with serial number BHDK625. Officers later conducted a computer record's check on the Glock which returned clear. The officer further searched the backpack that the Glock was found in and located a Southwest Airlines lost/delayed luggage receipt. The receipt was dated Jan 14, 2024. The customer listed on the receipt is "Kevin Thissel." The backpack, Glock handgun, and lost/delayed luggage receipt were taken for evidence. I know, based on my training and experience and discussions with ATF agents, that Glock pistols are not manufactured in the State of Washington, and therefore, this Glock pistol must have been shipped or transported in interstate or foreign commerce at the time it was recovered on April 19, 2024.

A Task Force agent compared photos of the backpack that the Glock was located to the backpack that Thissel was wearing when checking into the hotel. The Task Force officer opined that the backpack appears to be an exact match. Officers also observed no other backpacks in the hotel room. Based on our investigation of Thissel, I am aware that he is a convicted felon thus prohibited from possessing firearms. In summary:

• Thissel was registered to room 311 at the Adrift Motel.

• Officers found a Glock handgun in a dark color backpack in room 311.

• The backpack in which the Glock was located contained a receipt with the customer identified as "Kevin Thissel."

• Thissel appeared to be wearing the same backpack when he checked into the hotel about thirteen hours earlier.

Investigators have obtained copies of Thissel's prior convictions. Included in his criminal history is a juvenile conviction from King County Superior Court, Case Number

Complaint - 5
*United States v. Thissel*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14-8-00215-9, for three counts of Assault Second Degree (domestic violence) and one count of Unlawful Possession of a Firearm in the First Degree. Thissel pled guilty to all of these offenses on May 8, 2014.  On that same date, he received a "Notice of Ineligibility to Possess of Firearm," which he signed. The document clearly states, "You are not permitted to possess a firearm until your right to do so is restored by a court of record."  On May 8, 2014, King County Judge John Erlick sentenced Thissel to 103 to 129 weeks in detention on each of the Assault counts, one to three, and sentenced Thissel to 52 to 65 weeks in detention on the firearms offense.

## IV.    CONCLUSION

Based on the above facts I respectfully submit that there is probable cause to believe that KEVIN B. THISSEL did knowingly and intentionally commit the crime of Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

_Heidi Hawkins_
_____
Heidi Hawkins, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the Defendant(s) committed the offense set forth in the Complaint.

Dated this __23rd___ day of April, 2024.

_Theresa L. Fricke_
_____
THERESA L. FRICKE
United States Magistrate Judge

Complaint - 6
*United States v. Thissel*